UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 25-cv-1213 "J" (4) |
| | JUDGE CARL J. BARBIER |
| FIVE PROPERTIES, LLC; and APMT, LLC, doing business as TONTI MANAGEMENT, | MAGISTRATE ROBY |
| Defendants. | |

## NOTICE OF RELATED CASE

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America who notes the existence of the following related case per LR 3.1:

*Dory Turnipseed v. APMT, LLC d/b/a/ Tonti Management*, CA 18-5187 "J" (4).

This case was filed on May 23, 2018, and devolves from the same incident(s) giving rise to this litigation, but was dismissed on December 9, 2022, for failure to prosecute after Ms. Turnipseed failed to initiate arbitration proceedings imposed by a codicil to her lease because she could not afford the fees for same. *See* CA 18-5187 at R. Doc. ## 1, 34, 41 and 44. The case was filed while the incident(s) were transpiring and sought, *inter alia*, injunctive relief against defendants' then ongoing eviction action. *Id.* at R. Doc. # 11. The United States was not a party to CA 18-5187, and Ms. Turnipseed is a witness, but not a party, in this litigation.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Email: Glenn.Schreiber@usdoj.gov

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, the undersigned Assistant United States Attorney certifies that on the 30th day of June 2025 a copy of the foregoing pleading was mailed to the defendants via first-class mail to the below addresses:

Five Properties, LLC
4433 Conlin Street
Metairie, LA 70006

Five Properties, LLC
through registered agent, Robert Couhig, III
1100 Poydras Street, Suite 3250
New Orleans, LA 70163

APMT, LLC, doing business as
Tonti Management
4433 Conlin Street
Metairie, LA 70006

APMT, LLC, doing business as
Tonti Management
through registered agent, Robert Couhig, III
1100 Poydras Street, Suite 3250
New Orleans, LA 70163

/s/ *Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney