UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 2:25-CV-001213 |
|---|---|---|
| | * | |
| | * | SECTION J |
| VERSUS | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| FIVE PROPERTIES, LLC AND | * | DIVISION 4 |
| APMT, LLC | * | |
| | * | MAGISTRATE JUDGE |
| | * | KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

Defendants Five Properties, LLC and APMT, LLC d/b/a/ Tonti Management (collectively, "Respondents" or "Defendants") move for summary judgment dismissing this lawsuit.

I.

In 2018, Dory Turnipseed filed a lawsuit alleging that Defendants violated the Fair Housing Act ("FHA") and filed a HUD complaint. Ultimately, this Court dismissed Turnipseed's claims with prejudice. In the years that followed, HUD unconcernedly investigated Turnipseed's HUD complaint. Although the FHA requires HUD to complete its investigation within 100 days after Turnipseed filed her complaint unless it is impracticable to do so, HUD took 2403 days. And although the FHA requires HUD to notify the parties in writing if it will be unable to complete its investigation within 100 days and why, HUD failed to do that for 1953 days. Now, seven years

after Turnipseed filed her HUD complaint, the Government filed this lawsuit on her behalf, asserting the same claims that this Court previously dismissed with prejudice.

II.

Claim preclusion, or res judicata, bars the litigation of claims that either have been litigated or should have been raised in an earlier suit. The doctrine of laches bars the litigation of claims where a plaintiff is guilty of unreasonable and inexcusable delay that has prejudiced the defendants. Because Turnipseed's claims have been dismissed with prejudice and HUD's unreasonable and inexcusable delay has prejudiced Defendants, the Court should again dismiss the claims.

WHEREFORE, Five Properties and Tonti Management pray that the Court grant this motion and dismiss this lawsuit with prejudice.

Respectfully submitted,

ADAMS AND REESE LLP

 /s/ Luke G. LaHaye
Elizabeth A. Roussel (#27943)
Luke G. LaHaye (#38809)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Tel: (504) 585-3234
Fax: (504) 566-0210
E-mail: elizabeth.roussel@arlaw.com
　　　　luke.lahaye@arlaw.com

*Attorney for Defendant Five Properties, LLC and APMT, LLC*