**Subject: Re: Tonti Management**

**Dory Turnipseed** <dturnips333@gmail.com>
to James Rather

Tue, May 15, 2018, 10:2

A final note:

I did inform Miss Joanie(?) twice that I had a dog that would not be moving in wit me. I told her that she was staying with my parents and that's the reason for my short 6 month lease. I told her when I paid my security deposit and also on my move-in date.

At the time, I did not have any indication that my mental health would suffer as it did.

This statement is 100% true, as is everything I have said previously.

Dory K. Turnipseed

On Tue, May 15, 2018 at 6:19 PM, Dory Turnipseed <dturnips333@gmail.com> wrote:
> I am bringing Sasha back to my parents house as I cannot afford any of your fines financially or emotionally. I ar speaking to an animal lawyer and will respond when I have more information on my rights.

On Tue, May 15, 2018, 17:07 Dory Turnipseed <dturnips333@gmail.com> wrote:
> I am filing a complaint with HUD under the fair housing act as I feel I am being discriminated against for my psychiatric illness. I informed Ms. Roane that I moved the dog in on Saturday as my anxiety had become unbearable and I feared becoming a danger to myself.
> Yes..I adopted the dog on 2013. She had been alleviating my anxiety symptoms significantly. Unfortunately I \ unable to recognize that until a few weeks after I moved. I cried uncontrollably and was unable to sleep. That when I contacted first my doctor, then my therapist.
> I have been fully cooperative with Tonti Management.
> This denial is absolutely unfair.

On Tue, May 15, 2018, 16:54 Dory Turnipseed <dturnips333@gmail.com> wrote:
> My letter was not purchased off the internet. I advised that I found his contact information through the interr
> He is more than happy to speak with you. And I have a legitimate diagnosis. My psychiatrist only stated tha did not prescribe ESAs.

On Tue, May 15, 2018, 15:49 James C. Rather, Jr. <jrather@alker-rather.com> wrote:
>> Please see the attached letter.
>> Sincerely,
>> [cid:image001.jpg@01D0EA47.C2149210]
>> **JAMES C. RATHER, JR.**
>> Alker & Rather, LLC
>> 4080 Lonesome Road, Suite A
>> Mandeville, Louisiana 70448
>> (o) 985-727-7501
>> (c) 504-481-4118

**EXHIBIT 3**