# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO. 2:25-CV-001213** |
| | * | |
| | * | **SECTION J** |
| **VERSUS** | * | |
| | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **FIVE PROPERTIES, LLC AND** | * | **DIVISION 4** |
| **APMT, LLC** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion for Summary Judgment filed by Defendants Five Properties, LLC and APMT, LLC d/b/a/ Tonti Management is hereby set for submission on the 20th day of August 2025 at 9:30 a.m. before Judge Carl J. Barbier, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

ADAMS AND REESE LLP

 */s/ Luke G. LaHaye*
Elizabeth A. Roussel (#27943)
Luke G. LaHaye (#38809)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Tel: (504) 585-3234
Fax: (504) 566-0210
E-mail: elizabeth.roussel@arlaw.com
         luke.lahaye@arlaw.com

*Attorney for Defendant Five Properties, LLC and APMT, LLC*