UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| | * | NUMBER: 25-1213 |
| v. | * | SECTION: "J" (4) |
| **FIVE PROPERTIES, LLC; and APMT, LLC, doing business as TONTI MANAGEMENT** | * | JUDGE CARL J. BARBIER |
| | * | MAG. KAREN WELLS ROBY |
| * * * | | |

## MOTION TO STAY ALL DEADLINES

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the Plaintiff, the United States of America, and hereby moves the Court to stay all deadlines in the captioned matter as a result of the lapse in appropriations and the resulting furloughs of defendant's counsel that handle civil-litigation matters.

**WHEREFORE**, for the reasons stated in the attached memorandum of law, defendant prays that the Court grant its motion and stay all deadlines in this matter until plaintiff returns from furlough and may resume litigation functions in this matter.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*/s/ Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.gov