**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| | * | **NUMBER: 25-1213** |
| v. | * | **SECTION: "J" (4)** |
| **FIVE PROPERTIES, LLC; and APMT, LLC, doing business as TONTI MANAGEMENT** | * | **JUDGE CARL J. BARBIER** |
| | * | **MAG. KAREN WELLS ROBY** |
| * | * | * |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**<u>MOTION TO STAY ALL DEADLINES</u>**

**MAY IT PLEASE THE COURT:** Plaintiff, the United States of America, moves the Court for a stay of all deadlines in the captioned matter as a result of the lapse in federal appropriations as further explained below.

1. Congress has failed to pass a budget or a continuing resolution to avoid a funding lapse, and at the end of the day on September 30, 2025, the appropriations act that has been funding the Department of Justice has expired and annual appropriations to the Department have lapsed. The same is true for most Executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in this matter until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*/s/ Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.gov