**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| | * | **NUMBER: 25-1213** |
| **v.** | * | **SECTION: "J" (4)** |
| **FIVE PROPERTIES, LLC; and APMT, LLC, doing business as TONTI MANAGEMENT** | * | **JUDGE CARL J. BARBIER** |
| | * | **MAG. KAREN WELLS ROBY** |
| | * * * | |

## O R D E R

Considering the foregoing ex parte Motion to Stay all Deadlines, and in Light of the Lapse of Appropriations, **IT IS HEREBY ORDERED** that Plaintiff, the United States of America, be and is **GRANTED** a stay of all deadlines in this matter until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

New Orleans, Louisiana, this _____ day of October, 2025.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE