UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 25-1213 |
| FIVE PROPERTIES, LLC AND APMT, LLC | SECTION: "J"(4) |

### ORDER

Considering the foregoing *Motion to Stay All Deadlines* **(Rec. Doc. 27)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED in part** as follows. The Scheduling Conference currently set for **October 28, 2025** is **CONTINUED** and will be reset by the Court's case manager.

New Orleans, Louisiana, this 23rd day of October, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE