## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO. 2:25-CV-001213** |
| | * | |
| | * | **SECTION J** |
| **VERSUS** | * | |
| | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **FIVE PROPERTIES, LLC AND** | * | **DIVISION 4** |
| **APMT, LLC** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO COMPEL ARBITRATION AND STAY**

Defendants Five Properties, LLC and APMT, LLC d/b/a/ Tonti Management (collectively, "Respondents" or "Defendants") appear herein for the limited purpose of requesting that this Court compel Intervening Plaintiff Turnipseed to submit her claims to arbitration and stay the case pending arbitration.

WHEREFORE, Defendants pray that the Court grant Defendants' motion to compel arbitration and stay, compel Turnipseed to submit her claims to arbitration, and stay the case pending arbitration.

Respectfully submitted,

ADAMS AND REESE LLP

 /s/ Luke G. LaHaye
Elizabeth A. Roussel (#27943)
Luke G. LaHaye (#38809)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Tel: (504) 585-3234
Fax: (504) 566-0210
E-mail:  elizabeth.roussel@arlaw.com
              luke.lahaye@arlaw.com

*Attorney for Defendant Five Properties, LLC and APMT, LLC*