IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, and | ) ) ) Civil Action No. 25-cv-1213 "J" (4) |
| DORY TURNIPSEED, | ) ) JUDGE CARL J. BARBIER |
| Plaintiff-Intervenor, | ) ) ) MAGISTRATE JUDGE |
| v. | ) KAREN WELLS ROBY ) |
| FIVE PROPERTIES, LLC; and APMT, LLC, doing business as TONTI MANAGEMENT, | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The United States, Plaintiff-Intervenor, and Defendants (collectively "the Parties"), through their undersigned counsel, respectfully move the Court to modify the deadline to exchange initial disclosures in the Court's January 7, 2026 Scheduling Order (ECF No. 35) from February 5, 2026 to February 19, 2026.

Since December 4, 2025, the United States and Defendants have exchanged several versions of a proposed protective order to facilitate the exchange of initial disclosures required by Federal Rule of Civil Procedure 26(a). The Parties request additional time for discussions to try to reach agreement on a proposed protective order. If the Parties are unable to reach agreement on a joint proposed protective order before the deadline or extended deadline, they will exchange redacted initial disclosures.

WHEREFORE, for these reasons, the Parties respectfully ask that the Court grant this motion and enter an order modifying the Scheduling Order.

Dated: February 4, 2026

Respectfully submitted,

For the United States of America:

| | |
|---|---|
| DAVID I. COURCELLE<br>United States Attorney<br>Eastern District of Louisiana | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>CARRIE PAGNUCCO<br>Chief<br>Housing and Civil Enforcement Section |
| s/Glenn K. Schreiber<br>GLENN K. SCHREIBER<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>650 Poydras Street, Suite 1600<br>New Orleans, LA 70130<br>Phone: (504) 680-3093<br>Fax: (504) 680-3174<br>Email: Glenn.Schreiber@usdoj.gov | s/Harin C. Song<br>TAMICA H. DANIEL<br>Deputy Chief<br>HARIN C. SONG (CA Bar 302601)<br>SARA I. MARGOLIS (DC Bar 90018020)<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20002<br>Phone: (202) 598-9882<br>Fax: (202) 514-1116<br>Email: Harin.C.Song2@usdoj.gov<br>Email: Sara.Margolis@usdoj.gov |

For Dory Turnipseed:

s/Marcy I. LaHart
Marcy I. LaHart
Marcy I. LaHart, PLLC
861 S. 40th Street
Tacoma, WA 98418
Phone: (561) 358-5436
Email: Marcy@floridaanimallawyer.com

For Five Properties, LLC and APMT, LLC, doing business as Tonti Management:

s/Luke LaHaye
Luke LaHaye
Liz Roussel
Adams & Reese, LLP
20 F Street NW, Suite 500
Washington, DC 20001
Phone: (202) 478-1218
Phone: (504) 585-0445
Email: Luke.LaHaye@arlaw.com
Email: Liz.Roussel@arlaw.com