UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 25-1213 |
| FIVE PROPERTIES, LLC ET AL. | SECTION: "J"(4) |

**ORDER**

Considering the Government's *Ex Parte Motion to Withdraw Counsel of Record* **(Rec. Doc. 61)**,

**IT IS HEREBY ORDERED** that motion is **GRANTED**, and that AUSA Glenn K. Schreiber is **WITHDRAWN** as counsel for the Government in the above-captioned matter.

New Orleans, Louisiana, this 23rd day of June, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE